UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JUSTICE CONIGLIO,

    Plaintiff,

v.                                                                           24-CV-896 (JLS) (HKS)

DANIEL F. MARTUSCELLO, III,
SUPERINTENDENT LEANNE
LATONA, SGT. MERTA, JOHN DOES
1-5,

    Defendants.

---

## DECISION AND ORDER

    Plaintiff Justice Coniglio commenced this action on July 30, 2024, and he subsequently filed an amended complaint on August 11, 2024. Dkt. 1 at 1. Plaintiff alleges claims under 42 U.S.C. § 1983 based on the circumstances leading up to, during, and following an assault he suffered on March 22, 2024, when another inmate poured a boiling liquid on him in his sleep. Dkt. 1-2 at 15–17. The case has been referred to United States Magistrate Judge H. Kenneth Schroeder, Jr. for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 4.

    On September 30, 2024, Defendants moved to dismiss Plaintiff's amended complaint in its entirety for failure to state a claim. Dkt. 3. Plaintiff opposed the motion, Dkt. 7, and Defendants replied. Dkt. 8. On September 18, 2025, Judge Schroeder issued a Report and Recommendation ("R&R"), recommending that this Court grant Defendants' motion to dismiss. Dkt. 9. Neither party filed objections to the R&R, and the time to do so has expired. *See id.*

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and, based on that review, and in the absence of any objections, the Court accepts Judge Schroeder's recommendation.

Thus, for the reasons in the R&R, Defendants' motions to dismiss, Dkt. 3, is GRANTED. The Clerk of Court shall close this case.

SO ORDERED.

Dated:   November 14, 2025
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE